THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOE STILLMAN, Also Known as MOSES E. STILLMAN, Appellant.— Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. Motion for reargument denied. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 617.]

■

MAX SCHECTMAN, Appellant, v. ERNEST A. SILVERMAN, Respondent.—

Present — Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ. [See 275 App. Div. 689.]

■

UNION FREE SCHOOL DISTRICT No. 14 OF TOWN OF HEMPSTEAD, NASSAU COUNTY, Respondent, v. VILLAGE OF HEWLETT BAY PARK et al., Appellants.— Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *ante*, p. 618.]

■

ANONYMOUS, Appellant-Respondent, v. ANONYMOUS, Respondent-Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ. [See *post*, pp. 769, 868.]